# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| ALPHA TOUCH GROUP LLC, | ) | Case No. |
| | ) | |
| Plaintiff, | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| v. | ) | |
| | ) | |
| SAMSUNG ELECTRONICS CO., LTD, | ) | |
| SAMSUNG ELECTRONICS AMERICA, | ) | |
| INC., AND SAMSUNG DISPLAY CO., | ) | |
| LTD., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Alpha Touch Group LLC ("Alpha Touch" or "Plaintiff") for its Complaint for patent infringement against Defendants Samsung Electronics Co., Ltd. ("Samsung Electronics"), Samsung Electronics America, Inc. ("Samsung Electronics America"), and Samsung Display Co., Ltd. ("Samsung Display") (collectively, "Samsung" or "Defendants") alleges as follows:

## THE PARTIES

1.      Alpha Touch is a limited liability company, organized and existing under the laws of the State of Texas, with its principal place of business located at 104 East Houston Street, Marshall, Texas 75670.

2.      Defendant Samsung Electronics is a corporation organized and existing under the laws of the Republic of Korea, with its principal place of business at 129 Samsung-Ro, Yeongtong-Gu, Suwon-Si, Gyeonggi-Do, 443-742, Republic of Korea. Samsung Electronics is a leading manufacturer and seller of smartphones, tablets, and computers in the world and in the United States. Upon information and belief, Samsung Electronics does business in Texas, directly or

through intermediaries, and offers its products and/or services, including those accused herein of infringement, to customers and potential customers located in Texas, including in the Judicial District of the Eastern District of Texas.

3.      Defendant Samsung Electronics America is a corporation organized under the laws of New York, with its principal place of business at 85 Challenger Road, Ridgefield Park, New Jersey 07660. Upon information and belief, Samsung Electronics America has corporate offices in the Eastern District of Texas at 1303 East Lookout Drive, Richardson, Texas 75082 and 2800 Technology Drive, Suite 200, Plano, Texas 75074. Samsung Electronics America has publicly indicated that in early 2019, it would be centralizing multiple offices in a new location in the Eastern District of Texas at the Legacy Central office campus, located at 6225 Declaration Drive, Plano, Texas 75023. Samsung Electronics America may be served with process in Texas through its registered agent CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201-3136.

4.      Defendant Samsung Display Electronics is a corporation organized and existing under the laws of the Republic of Korea, with its principal place of business at 1, Samsung-ro, Giheung-gu, Yongin-si, Gyeonggi-do 17113, Republic of Korea. Samsung Display is a leading manufacturer and seller of display and touch panels in the world and in the United States. In approximately 2012, Samsung Mobile Display Co. Ltd. merged with Samsung Display. Upon information and belief, Samsung Display does business in Texas, directly or through intermediaries, and offers its products and/or services, including those accused herein of infringement, to customers and potential customers located in Texas, including in the Judicial District of the Eastern District of Texas.

## JURISDICTION

5.      This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 1, *et seq*. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

6.      This Court has specific and personal jurisdiction over each of the Defendants consistent with the requirements of the Due Process Clause of the United States Constitution and the Texas Long Arm Statute. Upon information and belief, each Defendant has sufficient minimum contacts with the forum because each Defendant transacts substantial business in the State of Texas and in this Judicial District. Further, each Defendant has, directly or through subsidiaries or intermediaries, committed and continues to commit acts of patent infringement in the State of Texas and in this Judicial District, as alleged more particularly below.

7.      Venue is proper in this Judicial District pursuant to 28 U.S.C. §§ 1400(b) and 1391(b) and (c) because each Defendant is subject to personal jurisdiction in this Judicial District, has committed acts of patent infringement in this Judicial District, and is either a foreign company or has a regular and established place of business in this Judicial District. Venue is proper in this Judicial District as to Samsung Electronics and Samsung Display, specifically, pursuant to 28 U.S.C. § 1391 because, among other things, Samsung Electronics and Samsung Display are not residents in the United States and thus may be sued in any judicial district pursuant to 28 U.S.C. § 1391(c)(3). Each Defendant, through its own acts and/or through the acts of each other Defendant, makes, uses, sells, and/or offers to sell infringing products within this Judicial District, regularly does and solicits business in this Judicial District, and has the requisite minimum contacts with this Judicial District, such that this venue is a fair and reasonable one. Further, upon information and belief, the Defendants have admitted or not contested proper venue in this Judicial

District in other patent infringement actions.

## PATENTS-IN-SUIT

8.      On November 8, 2022, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 11,493,794 (the "'794 Patent") entitled "Electronic Device and Method of Manufacturing the Same." A true and correct copy of the '794 Patent is available at: https://patentimages.storage.googleapis.com/10/65/b0/2660bab0ac4f80/US11493794.pdf.

9.      On March 28, 2017, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 9,606,675 (the "'675 Patent") entitled "Capacitive Touch Panel." A true and correct copy of the '675 Patent is available at: https://patentimages.storage.googleapis.com/56/ba/cd/ea2cdb44d2154d/US9606675.pdf.

10.      On July 19, 2016, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 9,395,857 (the "'857 Patent") entitled "Capacitive Touch Panel." A true and correct copy of the '857 Patent is available at: https://patentimages.storage.googleapis.com/0b/3a/c4/73390cafbf9102/US9395857.pdf.

11.      On July 9, 2013, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 8,482,542 (the "'542 Patent") entitled "Capacitive Touch Panel." A true and correct copy of the '542 Patent is available at: https://patentimages.storage.googleapis.com/ee/b6/f2/3b55516052e749/US8482542.pdf.

12.      Alpha Touch is the sole and exclusive owner of all right, title, and interest in the '794 Patent, the '675 Patent, the '857 Patent, and the '542 Patent (collectively, the "Patents-in-Suit" or "Asserted Patents"), and holds the exclusive right to take all actions necessary to enforce its rights to the Patents-in-Suit, including the filing of this patent infringement lawsuit. Alpha Touch also has the right to recover all damages for past, present, and future infringement of the

Patents-in-Suit and to seek injunctive relief as appropriate under the law.

13.    Alpha Touch has at all times complied with the marking provisions of 35 U.S.C. § 287 with respect to the Patents-in-Suit. Upon information and belief, prior assignees and licensees have also complied with the marking provisions of 35 U.S.C. § 287.

## FACTUAL ALLEGATIONS

14.    The '794 Patent relates to technology electronic devices with a cover plate, a touch sensing layer, and a display module. The technology described in the '794 Patent was developed by Chun Yan Wu, Jen-Chang Liu, Tai-Shih Cheng, and Lien-Hsin Lee at TPK Advanced Solutions Inc. For example, the patented technology is implemented in infringing Samsung devices with touch displays, or the equivalent thereof including, but not limited to, the smartphones, tablets, and, computers made, used, offered for sale, sold, and/or imported into the United States, such as Samsung smartphones with Eco² OLED displays, and subsequent versions, such as those found in the Galaxy Z Fold4, Galaxy Z Fold5, Galaxy Z Fold6, Galaxy Z Fold7, Galaxy Z Flip4, Galaxy Z Flip5, Galaxy Z Flip6, Galaxy Z Flip7, and Z Flip7 FE.

15.    The '675 Patent, the '857 Patent, and the '542 Patent relate to electronic devices with capacity touch panels. The technology described in the '675 Patent was developed by Chen-Yu Liu and Kwan-Si Ho at TPK Touch Solutions Inc. The technology described in the '857 Patent and the '542 Patent was developed by Jason Wu, Yen-Chung Hung, Ruey-Shing Weng, and Chih-Chang Lai at TPK Touch Solutions Inc. For example, the patented technology is implemented in infringing Samsung devices with capacitive touch displays, or the equivalent thereof including, but not limited to, the smartphones, tablets, and computers, made, used, offered for sale, sold, and/or imported into the United States, such as the Galaxy S10 series (e.g., S10e, S10, S10+, S10 5G), Galaxy S20 series (e.g., S20, S20+, S20 Ultra, S20 FE), Galaxy S21 series (e.g., S21, S21+,

S21 Ultra, S21 FE), Galaxy S22 series (e.g., S22, S22+, S22 Ultra), Galaxy S23 series (e.g., S23, S23+, S23 Ultra, S23 FE), Galaxy S24 series (e.g., S24, S24+, S24 Ultra, S24 FE), Galaxy S25 series (e.g., S25, S25+, S25 Ultra, S25 FE), Galaxy A series (e.g., Galaxy A16 5G, A26 5G, A36 5G, A42 5G, A52 5G, A 53 5G, A54 5G, A35 5G, A36 5G, A56 5G), Galaxy Tab S series (e.g., Tab S5e, Tab S6, Tab S6 5G, Tab S7+, Tab S8+, Tab S8 Ultra, Tab S9, Tab S9+, Tab S9 Ultra, Tab S10, S10+, S10 Ultra) Galaxy Book3 Pro, Galaxy Book3 Pro 360, Galaxy Book4 Pro, Galaxy Book4 360, Galaxy Book5 Pro, Galaxy Book5 Pro 360, Galaxy Note10, Galaxy Note10+, Galaxy Note20, and Galaxy Note20 Ultra, among other devices.

16.     Samsung has infringed and is continuing to infringe the Patents-in-Suit by making, using, selling, offering to sell, and/or importing, and by actively inducing others to make, use, sell, offer to sell, and/or importing, products including, but not limited, to smartphones, tablets, tablets, computers, and touch displays.

## COUNT I
### (Infringement of the '794 Patent)

17.     Paragraphs 1 through 16 are incorporated by reference as if fully set forth herein.

18.     Alpha Touch has not licensed or otherwise authorized Defendants to make, use, offer for sale, sell, or import any products that embody the inventions of the '794 Patent.

19.     Defendants have and continue to directly infringe the '794 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, and/or importing into the United States products that satisfy each and every limitation of one or more claims of the '794 Patent. Such infringing products include Samsung smartphones with Eco² OLED displays, and subsequent versions including, but not limited to, the Galaxy Z Fold6, among other Samsung products.

20.    For example, Defendants have and continue to directly infringe at least Claim 1 of the '794 Patent by making, using, offering to sell, selling, and/or importing into the United States products that include Samsung smartphones including, but not limited to, the Galaxy Z Fold6, among other products. The Galaxy Z Fold6 is exemplary and representative of how the other products infringe the '794 Patent, through the implementation of Eco² OLED displays, and subsequent versions, such as the Galaxy Z Fold4, Galaxy Z Fold5, Galaxy Z Fold6, Galaxy Z Fold7, Galaxy Z Flip4, Galaxy Z Flip5, Galaxy Z Flip6, Galaxy Z Flip7, and Z Flip7 FE, including all versions and iterations.

21.    The Galaxy Z Fold6 comprises an electronic device, comprising: a cover plate (e.g., the Eco² OLED display with Ultra-Thin Glass ("UTG")).

| Display | | |
|---|---|---|
| **Resolution (Main Display)** | **Main Display Size** | **Technology (Main Display)** |
| 2160 x 1856 (QXGA+) | 193.2mm (7.6" full rectangle) / 192.5mm (7.6" rounded corners) | Dynamic AMOLED 2X |
| **Color Depth (Main Display)** | **S Pen Supported** | **Sub Display Resolution** |
| 16M | Yes | 968 x 2376 (HD+) |
| **Sub Display Technology** | **Sub Display Color Depth** | |
| Dynamic AMOLED 2X | 16M | |

[1]

**The 7.3-inch Infinity Flex Display revolutionizes smartphone screens.**

*Measured diagonally.

Built with bonded, tissue-thin layers of innovative materials, Galaxy Fold's flexible screen is incredibly slender and elegant. Enjoy it as smartphone, or unfold it into a tablet with a suprisingly delicate touch.

*Image simulated for illustration purposes.

[1] https://www.samsung.com/us/smartphones/galaxy-z-fold6/buy/galaxy-z-fold6-256gb-unlocked-sm-f956uakaxaa/





# How do Infinity Flex Displays work?

 Infinity Flex Displays use an advanced polymer that is both flexible and tough enough allowing it to fold and unfold up to thousands of times[1]. The displays are made using layers of highly-engineered materials topped with award winning Corning® Gorilla® Glass Victus™[2], an incredibly hard wearing, flexible and durable glass. At the centre of each folding Galaxy phone is a bespoke spine that allows you to smoothly open and close it to reveal the impressive full sized Infinity Flex Display. You can find out more about how our folding phones work in our 'How do foldable phone screens work?' article.

[3]

**Samsung Display** and **LG Display** are the world's biggest manufacturers of **OLED** panels for smartphones, tablets, laptops, and TVs. Their OLED panels are used in various products from multiple brands. Last year, Samsung **introduced Eco2 OLED** panels with **improved power efficiency**, and those panels are used in the Galaxy Z Flip 4 and the Galaxy Z Fold 4. Now, these companies are trying to develop OLED panels that offer improved light efficiency and longer life.

Samsung Display and LG Display are developing OLED panels that use a low-refractive CPL (Capping Layer). An extremely thin capping layer is placed on top of the cathode, thereby lowering the loss of light that happens when emitted light is reflected by electrodes nearby. The capping layer that is currently being used has high refraction, and adding a low-refractive capping layer to it can reduce light loss in an even better way, thereby improving light efficiency, power efficiency, and product life. However, adding a low-refractive capping layer may further increase the cost and complexity of OLED panels.

[4]

---

[3] https://www.samsung.com/uk/mobile-phone-buying-guide/what-is-infinity-flex-display/?srsltid=AfmBOoqA37-xMNm99pInjJH1RtZLtzUAvEqzqq_dxwtmhV2y92kYbSZj
[4] https://www.sammobile.com/news/samsung-develop-smartphone-oled-panels-improved-power-efficiency/

Samsung Display today unveils its new Eco$^2$ (Eco Square) OLED™ technology, which further reduces power consumption and offers an improved Under-Panel Camera (UPC) – a first in a foldable device – and eco-friendly design. The name of the Eco$^2$ OLED™ display itself – **E**fficient power **Co**nsumption + **E**co-friendly **Co**mponent – highlights these benefits.

Available first to consumers as a foldable display in one of Samsung's newly announced smartphones, the Galaxy Z Fold 3, this pioneering technology from Samsung Display will cater to an ever-growing demand for low-power consumption in the 5G era.

Thanks to its revolutionary, first-of-its-kind integrated polarizer, the Eco$^2$ OLED™ eliminates the need for an additional polarizer layer, an opaque plastic sheet typically attached to displays to prevent the panel from reflecting external light, while increasing contrast and improving visibility. Instead, the Eco$^2$ OLED™ minimizes reflection by leveraging its innovative pixel structure.



An added benefit of the Eco$^2$ OLED™ design is that it allows for an innovative, upgraded UPC – and the first UPC on a foldable device – with a seamless display that eliminates the need for distracting camera notches and bezels.

The Eco$^2$ OLED™ panel not only **optimizes the pixel density**, but with the added benefit of **eliminating the polarizer**, more light is exposed to the UPC, thereby increasing transmittance on the camera module. And with minimal pixels applied on top of the camera hole, the Eco$^2$ OLED™ provides a true full-screen design and increases viewable area so users have an unbroken canvas to access their favorite apps, entertainment, and games. [5]

---

[5] https://global.samsungdisplay.com/28402

The Samsung foldable display is stacked with protective film, a protective layer and Ultra Thin Glass to optimize the AMOLED display's vivid colors, contrast ratio and color reproduction, each with the following characteristics:



- **Protective film:** Placed on the top layer of the display, it supports the display to withstand intense pressure and is replaceable.
- **Protective layer (P/L):** Placed on top of the Ultra Thin Glass to hold up against resistance from the outside, relieves impact and prevents screen fragmentation.
- **Ultra Thin Glass (UTG):** Thin glass that provides a flat surface and enhances device durability in the foldable display.
- **AMOLED:** Each pixel emits its own light, allowing for fast response, excellent color reproducibility and clarity, with a thin screen. [6]

Galaxy Z series phones come with a specially designed screen protector pre-installed on the main screen. Samsung has designed this screen protector specifically to withstand folding and unfolding, while providing protection from scratches and debris. If your screen protector requires replacement within the first year you may be entitled to a one-time no-charge screen protector application service.

**What material is the screen protector made of?** ⌄

The screen protector is made of Thermoplastic Poly Urethane, commonly abbreviated as TPU. It is a flexible/soft material, which is specially made for foldable displays. [7]

22.     The Galaxy Z Fold6 comprises a glass layer having a first surface (e.g., top layer of the UTG) and a second surface (e.g., bottom layer of the UTG); and at least one transparent covering disposed on and in contact with at least one of the first surface or the second surface of the glass layer and laminated with the glass layer, wherein: the at least one transparent covering layer comprises a first transparent covering layer (e.g., protective film and/or protective layer, such as a polymer film) and a second transparent covering layer (e.g., a second protective film and/or protective layer), and the glass layer is laminated between the first transparent covering layer and the second transparent covering layer.

---

[6] https://www.samsung.com/latin_en/support/mobile-devices/what-is-the-foldable-display-and-protective-film-on-my-smartphone/
[7] https://www.samsung.com/us/support/answer/ANS00092143/



In true Samsung fashion, we reinvented the smartphone screen, pioneering new technologies and materials to create a beautifully thin, multi-layered display.

[8]

Samsung Display today unveils its new Eco$^2$ (Eco Square) OLED™ technology, which further reduces power consumption and offers an improved Under-Panel Camera (UPC) – a first in a foldable device – and eco-friendly design. The name of the Eco$^2$ OLED™ display itself – **E**fficient power **Co**nsumption + **E**co-friendly **Co**mponent – highlights these benefits.

Available first to consumers as a foldable display in one of Samsung's newly announced smartphones, the Galaxy Z Fold 3, this pioneering technology from Samsung Display will cater to an ever-growing demand for low-power consumption in the 5G era.

Thanks to its revolutionary, first-of-its-kind integrated polarizer, the Eco$^2$ OLED™ eliminates the need for an additional polarizer layer, an opaque plastic sheet typically attached to displays to prevent the panel from reflecting external light, while increasing contrast and improving visibility. Instead, the Eco$^2$ OLED™ minimizes reflection by leveraging its innovative pixel structure.

---

[8] https://www.samsung.com/us/mobile/galaxy-fold/design/



An added benefit of the Eco$^2$ OLED™ design is that it allows for an innovative, upgraded UPC – and the first UPC on a foldable device – with a seamless display that eliminates the need for distracting camera notches and bezels.

The Eco$^2$ OLED™ panel not only **optimizes the pixel density**, but with the added benefit of **eliminating the polarizer**, more light is exposed to the UPC, thereby increasing transmittance on the camera module. And with minimal pixels applied on top of the camera hole, the Eco$^2$ OLED™ provides a true full-screen design and increases viewable area so users have an unbroken canvas to access their favorite apps, entertainment, and games. [9]



---

[9] https://global.samsungdisplay.com/28402

The Samsung foldable display is stacked with protective film, a protective layer and Ultra Thin Glass to optimize the AMOLED display's vivid colors, contrast ratio and color reproduction, each with the following characteristics:



- **Protective film:** Placed on the top layer of the display, it supports the display to withstand intense pressure and is replaceable.
- **Protective layer (P/L):** Placed on top of the Ultra Thin Glass to hold up against resistance from the outside, relieves impact and prevents screen fragmentation.
- **Ultra Thin Glass (UTG):** Thin glass that provides a flat surface and enhances device durability in the foldable display.
- **AMOLED:** Each pixel emits its own light, allowing for fast response, excellent color reproducibility and clarity, with a thin screen.[10]

Galaxy Z series phones come with a specially designed screen protector pre-installed on the main screen. Samsung has designed this screen protector specifically to withstand folding and unfolding, while providing protection from scratches and debris. If your screen protector requires replacement within the first year you may be entitled to a one-time no-charge screen protector application service.

**What material is the screen protector made of?**   ⌄

The screen protector is made of Thermoplastic Poly Urethane, commonly abbreviated as TPU. It is a flexible/soft material, which is specially made for foldable displays.[11]

23.     The Galaxy Z Fold6 comprises a touch sensing layer disposed under a cover plate, for example, the touch sensing layer (e.g., a portion of the Eco² OLED display) used in the Galaxy Z Fold6 Ultra.

---

[10] https://www.samsung.com/latin_en/support/mobile-devices/what-is-the-foldable-display-and-protective-film-on-my-smartphone/
[11] https://www.samsung.com/us/support/answer/ANS00092143/



In true Samsung fashion, we reinvented the smartphone screen, pioneering new technologies and materials to create a beautifully thin, multi-layered display.

12

Samsung Display today unveils its new $Eco^2$ (Eco Square) OLED™ technology, which further reduces power consumption and offers an improved Under-Panel Camera (UPC) – a first in a foldable device – and eco-friendly design. The name of the $Eco^2$ OLED™ display itself – **E**fficient power **Co**nsumption + **E**co-friendly **Co**mponent – highlights these benefits.

Available first to consumers as a foldable display in one of Samsung's newly announced smartphones, the Galaxy Z Fold 3, this pioneering technology from Samsung Display will cater to an ever-growing demand for low-power consumption in the 5G era.

Thanks to its revolutionary, first-of-its-kind integrated polarizer, the $Eco^2$ OLED™ eliminates the need for an additional polarizer layer, an opaque plastic sheet typically attached to displays to prevent the panel from reflecting external light, while increasing contrast and improving visibility. Instead, the $Eco^2$ OLED™ minimizes reflection by leveraging its innovative pixel structure.

---

[12] https://www.samsung.com/us/mobile/galaxy-fold/design/




An added benefit of the Eco$^2$ OLED™ design is that it allows for an innovative, upgraded UPC – and the first UPC on a foldable device – with a seamless display that eliminates the need for distracting camera notches and bezels.

The Eco$^2$ OLED™ panel not only **optimizes the pixel density**, but with the added benefit of **eliminating the polarizer**, more light is exposed to the UPC, thereby increasing transmittance on the camera module. And with minimal pixels applied on top of the camera hole, the Eco$^2$ OLED™ provides a true full-screen design and increases viewable area so users have an unbroken canvas to access their favorite apps, entertainment, and games. [13]

---

[13] https://global.samsungdisplay.com/28402



The Samsung foldable display is stacked with protective film, a protective layer and Ultra Thin Glass to optimize the AMOLED display's vivid colors, contrast ratio and color reproduction, each with the following characteristics:

- **Protective film:** Placed on the top layer of the display, it supports the display to withstand intense pressure and is replaceable.
- **Protective layer (P/L):** Placed on top of the Ultra Thin Glass to hold up against resistance from the outside, relieves impact and prevents screen fragmentation.
- **Ultra Thin Glass (UTG):** Thin glass that provides a flat surface and enhances device durability in the foldable display.
- **AMOLED:** Each pixel emits its own light, allowing for fast response, excellent color reproducibility and clarity, with a thin screen. [14]

Galaxy Z series phones come with a specially designed screen protector pre-installed on the main screen. Samsung has designed this screen protector specifically to withstand folding and unfolding, while providing protection from scratches and debris. If your screen protector requires replacement within the first year you may be entitled to a one-time no-charge screen protector application service.

**What material is the screen protector made of?**

The screen protector is made of Thermoplastic Poly Urethane, commonly abbreviated as TPU. It is a flexible/soft material, which is specially made for foldable displays. [15]

24.    The Galaxy Z Fold6 comprises a display module disposed under the touch sensing layer (e.g., a portion of the Eco² OLED display).

25.    Defendants have and continue to indirectly infringe one or more claims of the '794 Patent by knowingly and intentionally inducing others, including Samsung customers and end-users, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling and/or importing into the United States products that include infringing technology.

---

[14] https://www.samsung.com/latin_en/support/mobile-devices/what-is-the-foldable-display-and-protective-film-on-my-smartphone/
[15] https://www.samsung.com/us/support/answer/ANS00092143/

26.     Defendants, with knowledge[16] that these products, or the use thereof, infringe the '794 Patent at least as of the date of this Complaint, knowingly and intentionally induced, and continue to knowingly and intentionally induce, direct infringement of the '794 Patent by providing these products to end-users for use in an infringing manner. Alternatively, on information and belief, Defendants have adopted a policy of not reviewing the patents of others, and instructing their officers, agents, and employees to not review the patents of others, including specifically those related to Defendants' specific industry, thereby remaining willfully blind to the '794 Patent at least as early as the issuance of the '794 Patent.

27.     Defendants have induced infringement by others, including end-users, with the intent to cause infringing acts by others or, in the alternative, with the belief that there was a high probability that others, including end-users, infringe the '794 Patent, but while remaining willfully blind to the infringement. Defendants have and continue to induce infringement by their customers and end-users by supplying them with instructions on how to operate the infringing technology in an infringing manner, while also making publicly available information on the infringing technology via Defendants' website, product literature and packaging, and other publications.[17] For example, on the Samsung website, user guides are provided, which instruct users to, among other things, operate Samsung devices in a variety of ways, depending on the device, such as "Solutions & Tips," "Manuals & Downloads," "Spec," "Useful Links," and "Additional Information." [18] By way of further example, for the Samsung Galaxy Z Fold 6, the User Guide,

---

[16] Samsung Display cited to the '794 Patent family in relation to own foreign patent application KR1020210009403A, which was filed on January 22, 2021, and published as KR20220106887A on August 1, 2022. *See* https://patents.google.com/patent/US11493794B2/en?oq=11%2c493%2c794+#citedBy

[17] *See, e.g.,* https://www.samsung.com/ae/support/, which provides product support and instructions for various products sold by Defendants, including the Galaxy Z Fold 6.

[18] https://www.samsung.com/ae/support/model/SM-F956BZSDMEA/#downloads

available for download on the Samsung website, instructs users on "Controlling the screen."[19] At least this portion of the User Guide, among others, instructs customers and end-users to use the Galaxy Z Fold6's display, which causes the customers and end-users to directly infringe the '794 Patent.

28.    On information and belief, Defendants directly prepare and/or assist in the preparation of, and provide customers and end-users with, User Guides for their specific products. On information and belief, Defendants' User Guides and other product information documents are prepared by or under the direction of Defendants to instruct customers and end-users on how to use the Accused Products in an infringing manner. For example, the User Guide for the Galaxy Z Fold6 demonstrates that it was prepared by Defendant Samsung Electronics Co., Ltd.

**Copyright**

Copyright © 2025 Samsung Electronics Co., Ltd.

This guide is protected under international copyright laws.

No part of this guide may be reproduced, distributed, translated, or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or storing in any information storage and retrieval system. [20]

29.    Because of Defendants' inducement, Defendants' customers and end-users use Accused Products in a way Defendants intend and directly infringe the '794 Patent. Defendants perform these affirmative acts with knowledge of the '794 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '794 Patent.

---

[19] *See* Samsung Galaxy Z Fold6 User Guide, at pg. 29, available at: https://downloadcenter.samsung.com/content/UM/202509/20250926095843421/SM-F956B_F946B_F936B_UG_EU_16_Eng_Rev.1.0_250924.pdf

[20] *See* Samsung Galaxy Z Fold6 User Guide, at pg. 197, available at: https://downloadcenter.samsung.com/content/UM/202509/20250926095843421/SM-F956B_F946B_F936B_UG_EU_16_Eng_Rev.1.0_250924.pdf

30.    Defendants have indirectly infringed and continue to indirectly infringe one or more claims of the '794 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. Defendants' affirmative acts of selling and offering to sell the Accused Products in this District and elsewhere in the United States and causing the Accused Products to be manufactured, used, sold, and offered for sale contributes to others' use and manufacture of the Accused Products such that the '794 Patent is directly infringed by others. The accused components within the Accused Products are material to the invention of the '794 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by Defendants to be especially made or adapted for use in the infringement of the '794 Patent. The Accused Components include, but are not limited to, Defendants' display screens in the Accused Products, and the components thereof. Defendants perform these affirmative acts with knowledge of the '794 Patent and with intent, or willful blindness, that they cause the direct infringement of the '794 Patent.

31.    Alpha Touch has suffered damages as a result of Defendants' direct and indirect infringement of the '794 Patent in an amount to be proven at trial.

32.    Alpha Touch has suffered, and will continue to suffer, irreparable harm as a result of Defendants' infringement of the '794 Patent, for which there is no adequate remedy at law, unless Defendants' infringement is enjoined by this Court.

33.    Alpha Touch has suffered damages as a result of Defendants' direct infringement of the '794 Patent in an amount to be proven at trial.

34.    Alpha Touch has suffered, and will continue to suffer, irreparable harm as a result of Defendants' infringement of the '794 Patent, for which there is no adequate remedy at law, unless Defendants' infringement is enjoined by this Court.

## COUNT II
### (Infringement of the '675 Patent)

35.    Paragraphs 1 through 16 are incorporated by reference as if fully set forth herein.

36.    Alpha Touch has not licensed or otherwise authorized Defendants to make, use, offer for sale, sell, or import any products that embody the inventions of the '675 Patent.

37.    Defendants have and continue to directly infringe the '675 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, and/or importing into the United States products that satisfy each and every limitation of one or more claims of the '675 Patent. Such infringing products include Samsung smartphones, tablets, and computers including, but not limited to, the Galaxy A16, among other Samsung products.

38.    For example, Defendants have and continue to directly infringe at least Claim 1 of the '675 Patent by making, using, offering to sell, selling, and/or importing into the United States products that include Samsung smartphones, tablets, and computers including, but not limited to, the Galaxy A16 5G, among other products. The Galaxy A16 is exemplary and representative of how the other Accused Products infringe the '675 Patent, such as the Galaxy S10 series (e.g., S10e, S10, S10+, S10 5G), Galaxy S20 series (e.g., S20, S20+, S20 Ultra, S20 FE), Galaxy S21 series (e.g., S21, S21+, S21 Ultra, S21 FE), Galaxy S22 series (e.g., S22, S22+, S22 Ultra), Galaxy S23 series (e.g., S23, S23+, S23 Ultra, S23 FE), Galaxy S24 series (e.g., S24, S24+, S24 Ultra, S24 FE), Galaxy S25 series (e.g., S25, S25+, S25 Ultra, S25 FE), Galaxy A series (e.g., Galaxy A16 5G, A26 5G, A36 5G, A42 5G, A52 5G, A 53 5G, A54 5G, A35 5G, A36 5G, A56 5G), Galaxy Tab S series (e.g., Tab S5e, Tab S6, Tab S6 5G, Tab S7+, Tab S8+, Tab S8 Ultra, Tab S9, Tab S9+, Tab S9 Ultra, Tab S10, S10+, S10 Ultra) Galaxy Book3 Pro, Galaxy Book3 Pro 360, Galaxy Book4 Pro, Galaxy Book4 360, Galaxy Book5 Pro, Galaxy Book5 Pro 360, Galaxy Note10,

Galaxy Note10+, Galaxy Note20, and Galaxy Note20 Ultra, among other devices.

     39.    The Galaxy A16 comprises a capacitive touch panel comprising: a substrate made of glass or plastic material having a first surface (e.g., a portion of the OCTA display) and a second surface (e.g., a second portion of the OCTA display).



| Display | | |
|---|---|---|
| **Resolution (Main Display)** | **Main Display Size** | **Technology (Main Display)** |
| 1080 x 2340 (FHD+) | 169.1mm (6.7" full rectangle) / 164.5mm (6.5" rounded corners) | Super AMOLED |

[21]

[21] https://www.samsung.com/us/smartphones/galaxy-a16/buy/galaxy-a16-5g-128gb-unlocked-sm-a166uzkaxaa/?cid=semtxt-mktg-pfs-mob-us-google-na-01092025-142555-&ds_e=GOOGLE-cr:%25ecid!-pl:%25epid!-&ds_c=CN~A16-Core_ID~n_PR~asemu_SB~smart_PH~long_KS~ba_MK~us_OB~conv_FS~lo_FF~n_BS~mx_KM~exact-&ds_ag=ID~n_AG~A16+Core_AE~1p_AT~stads_MD~h_PK~roah_PB~google_PL~sa360_CH~search_FF~1P+Other-&ds_k=samsung+a16&gclsrc=aw.ds&gad_source=1&gad_campaignid=22016624328&gbraid=0AAAAAD8Thqi65eeOcrkYT8n528IoDNr6w&gclid=CjwKCAiA64LLBhBhEiwA-



Super AMOLED schematic from Samsung

22

## Tech Encounter:
# OCTA

**Samsung Display's On Cell Touch AMOLED or OCTA technology is now coming to laptops, bringing next-generation touch capabilities to the new Galaxy Book.**

OCTA technology is a revolutionary display technology that embeds the touch sensor directly inside the panel. The normal method is to attach a Touch Sensor Panel (TSP) film on top of the substrate. In the OCTA method, the touch sensor is integrated at the stage of Thin Film Encapsulation (TFE).

---

Pxgu1R234ttQ2zAkxwYgKDuwNxTG5b7VSxapCUspL5WgvV9NObK1czUlxoCXP0QAvD_BwE

[22] https://www.wired.com/2010/11/how-super-amoled-displays-work/



In regular touch screen displays, the TSP layer is added on top of or below the encapsulation glass. Along with the cover window, the optical clear resins, the polarizer, and OLED layer, this can create a thicker panel for touch screens.

But with OCTA technology, exactly what Samsung has developed and named, Y-OCTA' (so far only for smartphones), the TSP layer is integrated within the OLED manufacturing process, where a metal mesh touch sensor is deposited directly onto the TFE layer. This touch layer lies below the polarizer and offers better optical features. [23]

The two technologies are the same in that devices using them can incorporate light and touch sensors so the screen can be read and manipulated. The layer that detects touch (the digitizer, or capacitive touchscreen layer), however, is embedded directly into the screen in Super-AMOLED displays, while it's an entirely separate layer on *top* of the screen in AMOLED displays. [24]

On-Cell technology: refers to the solution of embedding the touch screen between the color filter substrate and the polarizer of the display screen, that is, equipping the LCD panel with a touch sensor. Its technical difficulty is simpler than Incell. It is currently mostly used in Samsung Amoled panel products. It has not yet overcome the problem of thinness and uneven color when touching.

---

[23] https://global.samsungdisplay.com/31087
[24] https://www.lifewire.com/super-amoled-4151073



40.     The Galaxy A16 comprises a sensing circuit (e.g., a portion of the touch sensor inside the panel).

On-Cell technology: refers to the solution of embedding the touch screen between the color filter substrate and the polarizer of the display screen, that is, equipping the LCD panel with a touch sensor. Its technical difficulty is simpler than Incell. It is currently mostly used in Samsung Amoled panel products. It has not yet overcome the problem of thinness and uneven color when touching.



41.     The Galaxy A16 comprises a physical tactical imputing integration (e.g., OCTA based touch panel integrates a physical tactile inputting architecture over the surface of the cover glass) having a peripheral masking area (e.g., area below the cover glass) and having the first

---

[25] https://www.innoluxlcdpanel.com/info/3-touch-technologies-of-lcd-capacitive-touch-s-81714964.html
[26] https://www.innoluxlcdpanel.com/info/3-touch-technologies-of-lcd-capacitive-touch-s-81714964.html

surface (e.g., one side) for receiving the physical tactile input and the second surface for forming said sensing circuit (e.g., a second side fabricated circuitry / sensing electrodes).

On-Cell technology: refers to the solution of embedding the touch screen between the color filter substrate and the polarizer of the display screen, that is, equipping the LCD panel with a touch sensor. Its technical difficulty is simpler than Incell. It is currently mostly used in Samsung Amoled panel products. It has not yet overcome the problem of thinness and uneven color when touching.



42.    The Galaxy A16 comprises a physical tactical imputing integration (e.g., having a peripheral masking area and having the first surface for receiving the physical tactile input and the second surface for forming said sensing circuit, wherein there is no other substrate made of glass or plastic material laminated or bonded on the first surface of the substrate (e.g., touch sensor deposited on the Thin Fim Encapsulation (TFE) layer).

---

[27] https://www.innoluxlcdpanel.com/info/3-touch-technologies-of-lcd-capacitive-touch-s-81714964.html



**Tech Encounter:**
# OCTA

Samsung Display's On Cell Touch AMOLED or OCTA technology is now coming to laptops, bringing next-generation touch capabilities to the new Galaxy Book.

OCTA technology is a revolutionary display technology that embeds the touch sensor directly inside the panel. The normal method is to attach a Touch Sensor Panel (TSP) film on top of the substrate. In the OCTA method, the touch sensor is integrated at the stage of Thin Film Encapsulation (TFE).

In regular touch screen displays, the TSP layer is added on top of or below the encapsulation glass. Along with the cover window, the optical clear resins, the polarizer, and OLED layer, this can create a thicker panel for touch screens.

But with OCTA technology, exactly what Samsung has developed and named, Y-OCTA' (so far only for smartphones), the TSP layer is integrated within the OLED manufacturing process, where a metal mesh touch sensor is deposited directly onto the TFE layer. This touch layer lies below the polarizer and offers better optical features. [28]

43.     Defendants have and continue to indirectly infringe one or more claims of the '675 Patent by knowingly and intentionally inducing others, including Samsung customers and end-users, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling and/or importing into the United States products that include infringing

---

[28] https://global.samsungdisplay.com/31087

technology.

44.    Defendants, with knowledge[29] that these products, or the use thereof, infringe the '675 Patent at least as of the date of this Complaint, knowingly and intentionally induced, and continue to knowingly and intentionally induce, direct infringement of the '675 Patent by providing these products to end-users for use in an infringing manner. Alternatively, on information and belief, Defendants have adopted a policy of not reviewing the patents of others, and instructing their officers, agents, and employees to not review the patents of others, including specifically those related to Defendants' specific industry, thereby remaining willfully blind to the '675 Patent at least as early as the issuance of the '675 Patent.

45.    Defendants have induced infringement by others, including end-users, with the intent to cause infringing acts by others or, in the alternative, with the belief that there was a high probability that others, including end-users, infringe the '675 Patent, but while remaining willfully blind to the infringement. Defendants have and continue to induce infringement by their customers and end-users by supplying them with instructions on how to operate the infringing technology in an infringing manner, while also making publicly available information on the infringing technology via Defendants' website, product literature and packaging, and other publications.[30] For example, on the Samsung website, user guides are provided, which instruct users to, among other things, operate Samsung devices in a variety of ways, depending on the device, such as "Solutions & Tips," "Manuals & Downloads," "Spec," "Useful Links," and "Additional

---

[29] Samsung Display cited to the '675 Patent family in relation to several of its own foreign patent applications, including KR1020100029945A, KR1020100029950A, KR1020100123440A, KR1020100128420A, KR1020210009403A, KR1020100128418A. *See* https://patents.google.com/patent/US9606675B2/en?oq=9%2c606%2c675+#citedBy

[30]    *See, e.g.,* https://www.samsung.com/ae/support/, which provides product support and instructions for various products sold by Defendants, including the Galaxy A16

Information."[31] By way of further example, for the Samsung Galaxy A16, the User Guide, available for download on the Samsung website, instructs users on "Understanding the screen" through "Controlling the screen."[32] At least this portion of the User Guide, among others, instructs customers and end-users to use the Galaxy A16's display, which causes the customers and end-users to directly infringe the '675 Patent.

46.    On information and belief, Defendants directly prepare and/or assist in the preparation of, and provide customers and end-users with, User Guides for their specific products. On information and belief, Defendants' User Guides and other product information documents are prepared by or under the direction of Defendants to instruct customers and end-users on how to use the Accused Products in an infringing manner. For example, the User Guide for the Galaxy A16 demonstrates that it was prepared by Defendant Samsung Electronics Co., Ltd.

> ## Copyright
>
> Copyright © 2025 Samsung Electronics Co., Ltd.
>
> This manual is protected under international copyright laws.
>
> No part of this manual may be reproduced, distributed, translated, or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or storing in any information storage and retrieval system. [33]

47.    Because of Defendants' inducement, Defendants' customers and end-users use Accused Products in a way Defendants intend and directly infringe the '675 Patent. Defendants perform these affirmative acts with knowledge of the '675 Patent and with the intent, or willful

---

[31] https://www.samsung.com/ca/support/model/SM-A166WZKAXAC/
[32] *See* Samsung Galaxy A16 User Guide, at pg. 17, available at:
https://downloadcenter.samsung.com/content/UM/202507/20250714191757328/A166W_UG_C
A_15_ENG_D4.pdf
[33] *See* Samsung Galaxy A16 User Guide, at pg. 140, available at:
https://downloadcenter.samsung.com/content/UM/202507/20250714191757328/A166W_UG_C
A_15_ENG_D4.pdf

blindness, that the induced acts directly infringe the '675 Patent.

48.    Defendants have indirectly infringed and continue to indirectly infringe one or more claims of the '675 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. Defendants' affirmative acts of selling and offering to sell the Accused Products in this District and elsewhere in the United States and causing the Accused Products to be manufactured, used, sold, and offered for sale contributes to others' use and manufacture of the Accused Products such that the '675 Patent is directly infringed by others. The accused components within the Accused Products are material to the invention of the '675 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by Defendants to be especially made or adapted for use in the infringement of the '675 Patent. The Accused Components include, but are not limited to, Defendants' display screens in the Accused Products, and the components thereof. Defendants perform these affirmative acts with knowledge of the '675 Patent and with intent, or willful blindness, that they cause the direct infringement of the '675 Patent.

49.    Alpha Touch has suffered damages as a result of Defendants' direct and indirect infringement of the '675 Patent in an amount to be proven at trial.

50.    Alpha Touch has suffered, and will continue to suffer, irreparable harm as a result of Defendants' infringement of the '675 Patent, for which there is no adequate remedy at law, unless Defendants' infringement is enjoined by this Court.

<div align="center">

**COUNT III**
**(Infringement of the '857 Patent)**

</div>

51.    Paragraphs 1 through 16 are incorporated by reference as if fully set forth herein.

52.    Alpha Touch has not licensed or otherwise authorized Defendants to make, use, offer for sale, sell, or import any products that embody the inventions of the '857 Patent.

53.    Defendants have and continue to directly infringe the '857 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, and/or importing into the United States products that satisfy each and every limitation of one or more claims of the '857 Patent. Such infringing products include Samsung smartphones, tablets, and computers including, but not limited to, the Samsung Galaxy A16, among other Samsung products.

54.    For example, Defendants have and continue to directly infringe at least Claim 1 of the '857 Patent by making, using, offering to sell, selling, and/or importing into the United States products that include Samsung smartphones, tablets, and computers including, but not limited to, the Samsung Galaxy A16, among other products. The Samsung Galaxy A16 is exemplary and representative of how the other Accused Products infringe the '857 Patent, such as the Galaxy S10 series (e.g., S10e, S10, S10+, S10 5G), Galaxy S20 series (e.g., S20, S20+, S20 Ultra, S20 FE), Galaxy S21 series (e.g., S21, S21+, S21 Ultra, S21 FE), Galaxy S22 series (e.g., S22, S22+, S22 Ultra), Galaxy S23 series (e.g., S23, S23+, S23 Ultra, S23 FE), Galaxy S24 series (e.g., S24, S24+, S24 Ultra, S24 FE), Galaxy S25 series (e.g., S25, S25+, S25 Ultra, S25 FE), Galaxy A series (e.g., Galaxy A16 5G, A26 5G, A36 5G, A42 5G, A52 5G, A 53 5G, A54 5G, A35 5G, A36 5G, A56 5G), Galaxy Tab S series (e.g., Tab S5e, Tab S6, Tab S6 5G, Tab S7+, Tab S8+, Tab S8 Ultra, Tab S9, Tab S9+, Tab S9 Ultra, Tab S10, S10+, S10 Ultra) Galaxy Book3 Pro, Galaxy Book3 Pro 360, Galaxy Book4 Pro, Galaxy Book4 360, Galaxy Book5 Pro, Galaxy Book5 Pro 360, Galaxy Note10, Galaxy Note10+, Galaxy Note20, and Galaxy Note20 Ultra, among other devices.

55.    The Samsung Galaxy A16 comprises a capacitive touch panel, comprising: a cover lens (e.g., the display cover).



| Display | | |
|---|---|---|
| **Resolution (Main Display)** | **Main Display Size** | **Technology (Main Display)** |
| 1080 x 2340 (FHD+) | 169.1mm (6.7" full rectangle) / 164.5mm (6.5" rounded corners) | Super AMOLED |

[34]

**Touch Screen**          Type: **Capacitive**

[35]

[34] https://www.samsung.com/us/smartphones/galaxy-a16/buy/galaxy-a16-5g-128gb-unlocked-sm-a166uzkaxaa/?cid=semtxt-mktg-pfs-mob-us-google-na-01092025-142555-&ds_e=GOOGLE-cr:%25ecid!-pl:%25epid!-&ds_c=CN~A16-Core_ID~n_PR~asemu_SB~smart_PH~long_KS~ba_MK~us_OB~conv_FS~lo_FF~n_BS~mx_KM~exact-&ds_ag=ID~n_AG~A16+Core_AE~1p_AT~stads_MD~h_PK~roah_PB~google_PL~sa360_CH~search_FF~1P+Other-&ds_k=samsung+a16&gclsrc=aw.ds&gad_source=1&gad_campaignid=22016624328&gbraid=0AAAAAD8Thqi65eeOcrkYT8n528IoDNr6w&gclid=CjwKCAiA64LLBhBhEiwA-Pxgu1R234ttQ2zAkxwYgKDuwNxTG5b7VSxapCUspL5WgvV9NObK1czUlxoCXP0QAvD_BwE

[35] https://www.phonescoop.com/phones/phone.php?p=7193

56.     The Samsung Galaxy A16 comprises a decoration layer disposed on a surface of the cover lens (e.g., the coating and/or layer on the cover lens).

57.     The Samsung Galaxy A16 comprises a color filter substrate disposed parallel to the cover lens (e.g., color filter in the Super AMOLED display).

> • **On-cell:** The touch sensor is an X-Y array of capacitive electrodes deposited on the top or bottom surface of the color-   filter substrate. Strictly speaking, when the electrodes are on the bottom surface of the substrate they are physically inside [36]



*Fig. 3:  In this schematic illustration of voltage-sensing in-cell touch, two micro-switches are shown occupying a portion of one subpixel in the top view at left.  The side view at right shows the implementation of a micro-switch using a conductive column spacer.  Source: Samsung.* [37]

---

[36] https://sid.onlinelibrary.wiley.com/doi/10.1002/j.2637-496X.2010.tb00228.x
[37] https://sid.onlinelibrary.wiley.com/doi/10.1002/j.2637-496X.2010.tb00228.x



**Fig. 4:** *In the in-cell configuration for charge sensing, conductive column spacers for each pixel or group of pixels are located on the underside of the color-filter substrate, and there is a corresponding conductive electrode on the TFT-array substrate.  Pressing the surface of the display causes the capacitance between the electrodes to change.  Source: LG Display.* [38]



[39]

---

[38] https://sid.onlinelibrary.wiley.com/doi/10.1002/j.2637-496X.2010.tb00228.x

[39] https://lcdscreenmfg.com/touchscreen-optical-bonding-incell-vs-oncell/

58. The Samsung Galaxy A16 comprises an electrode layer disposed on the color filter substrate to perform touch-sensing operations (e.g., an electrode layer in the touch sensor).

> • **On-cell:** The touch sensor is an X-Y array of capacitive electrodes deposited on the top or bottom surface of the color-
>
> filter substrate. Strictly speaking, when the electrodes are on the bottom surface of the substrate they are physically inside [40]



**Fig. 3:** *In this schematic illustration of voltage-sensing in-cell touch, two micro-switches are shown occupying a portion of one subpixel in the top view at left. The side view at right shows the implementation of a micro-switch using a conductive column spacer. Source: Samsung.* [41]

---

[40] https://sid.onlinelibrary.wiley.com/doi/10.1002/j.2637-496X.2010.tb00228.x
[41] https://sid.onlinelibrary.wiley.com/doi/10.1002/j.2637-496X.2010.tb00228.x



**Fig. 4:**  *In the in-cell configuration for charge sensing, conductive column spacers for each pixel or group of pixels are located on the underside of the color-filter substrate, and there is a corresponding conductive electrode on the TFT-array substrate.  Pressing the surface of the display causes the capacitance between the electrodes to change.  Source: LG Display.*[42]



---

[42] https://sid.onlinelibrary.wiley.com/doi/10.1002/j.2637-496X.2010.tb00228.x

[43] https://lcdscreenmfg.com/touchscreen-optical-bonding-incell-vs-oncell/

59.    The Samsung Galaxy A16 comprises at least one adhesive layer for binding the cover lens and the color filter substrate (e.g., lamination in the display, such as optically clear adhesive).



60.    Defendants have and continue to indirectly infringe one or more claims of the '857 Patent by knowingly and intentionally inducing others, including Samsung customers and end-users, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling and/or importing into the United States products that include infringing technology.

61.    Defendants, with knowledge[45] that these products, or the use thereof, infringe the '857 Patent at least as of the date of this Complaint, knowingly and intentionally induced, and

---

[44] https://lcdscreenmfg.com/touchscreen-optical-bonding-incell-vs-oncell/

[45] Samsung Display cited to the '857 Patent family in relation to its own foreign patent applications, including KR1020090082565A, KR1020100072431A, KR1020100123440A, and KR1020150160020A. Samsung Electronics also cited to the '857 Patent family in relation to its own patent applications, including US15/093,507, filed on April 7, 2016, and issued as U.S. Patent No. US 10,042,446 on August 7, 2018, and 14/458,083, filed on August 12, 2014, and

continue to knowingly and intentionally induce, direct infringement of the '857 Patent by providing these products to end-users for use in an infringing manner. Alternatively, on information and belief, Defendants have adopted a policy of not reviewing the patents of others, and instructing their officers, agents, and employees to not review the patents of others, including specifically those related to Defendants' specific industry, thereby remaining willfully blind to the '857 Patent at least as early as the issuance of the '857 Patent.

62.     Defendants have induced infringement by others, including end-users, with the intent to cause infringing acts by others or, in the alternative, with the belief that there was a high probability that others, including end-users, infringe the '857 Patent, but while remaining willfully blind to the infringement. Defendants have and continue to induce infringement by their customers and end-users by supplying them with instructions on how to operate the infringing technology in an infringing manner, while also making publicly available information on the infringing technology via Defendants' website, product literature and packaging, and other publications. For example, on the Samsung website, user guides are provided, which instruct users to, among other things, operate Samsung devices in a variety of ways, depending on the device, such as "Solutions & Tips," "Manuals & Downloads," "Spec," "Useful Links," and "Additional Information." By way of further example, for the Samsung Galaxy A16, the User Guide, available for download on the Samsung website, instructs users on "Understanding the screen" through "Controlling the screen." At least this portion of the User Guide, among others, instructs customers and end-users to use the Galaxy A16's display, which causes the customers and end-users to directly infringe the '857 Patent.

---

issued as U.S. Patent No. 10,108,305 on October 23, 2018. *See* https://patents.google.com/patent/US9395857B2/en?oq=9%2c395%2c857+#citedBy

63.    On information and belief, Defendants directly prepare and/or assist in the preparation of, and provide customers and end-users with, User Guides for their specific products. On information and belief, Defendants' User Guides and other product information documents are prepared by or under the direction of Defendants to instruct customers and end-users on how to use the Accused Products in an infringing manner. For example, the User Guide for the Galaxy A16 demonstrates that it was prepared by Defendant Samsung Electronics Co., Ltd.

> **Copyright**
>
> Copyright © 2025 Samsung Electronics Co., Ltd.
>
> This manual is protected under international copyright laws.
>
> No part of this manual may be reproduced, distributed, translated, or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or storing in any information storage and retrieval system. [46]

64.    Because of Defendants' inducement, Defendants' customers and end-users use Accused Products in a way Defendants intend and directly infringe the '857 Patent. Defendants perform these affirmative acts with knowledge of the '857 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '857 Patent.

65.    Defendants have indirectly infringed and continue to indirectly infringe one or more claims of the '857 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. Defendants' affirmative acts of selling and offering to sell the Accused Products in this District and elsewhere in the United States and causing the Accused Products to be manufactured, used, sold, and offered for sale contributes to others' use and manufacture of the Accused Products, such

---

[46] *See* Samsung Galaxy A16 User Guide, at pg. 140, available at: https://downloadcenter.samsung.com/content/UM/202507/20250714191757328/A166W_UG_C A_15_ENG_D4.pdf

that the '857 Patent is directly infringed by others. The accused components within the Accused Products are material to the invention of the '857 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by Defendants to be especially made or adapted for use in the infringement of the '857 Patent. The Accused Components include, but are not limited to, Defendants' display screens in the Accused Products, and the components thereof. Defendants perform these affirmative acts with knowledge of the '857 Patent and with intent, or willful blindness, that they cause the direct infringement of the '857 Patent.

66.      Alpha Touch has suffered damages as a result of Defendants' direct infringement of the '857 Patent in an amount to be proven at trial.

67.      Alpha Touch has suffered, and will continue to suffer, irreparable harm as a result of Defendants' infringement of the '857 Patent, for which there is no adequate remedy at law, unless Defendants' infringement is enjoined by this Court.

<u>**COUNT IV**</u>
**(Infringement of the '542 Patent)**

67      Paragraphs 1 through 16 are incorporated by reference as if fully set forth herein.

68      Alpha Touch has not licensed or otherwise authorized Defendants to make, use, offer for sale, sell, or import any products that embody the inventions of the '542 Patent.

69      Defendants have and continue to directly infringe the '542 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, and/or importing into the United States products that satisfy each and every limitation of one or more claims of the '542 Patent. Such infringing products include Samsung smartphones, tablets, and computers including, but not limited to, the Samsung Galaxy A16, among other Samsung products.

70    For example, Defendants have and continue to directly infringe at least Claim 1 of the '542 Patent by making, using, offering to sell, selling, and/or importing into the United States products that include Samsung smartphones, tablets, and computers including, but not limited to, the Samsung Galaxy Tab A16, among other products. The Samsung Galaxy A16 is exemplary and representative of how the other Accused Products infringe the '542 Patent, such as the Galaxy S10 series (e.g., S10e, S10, S10+, S10 5G), Galaxy S20 series (e.g., S20, S20+, S20 Ultra, S20 FE), Galaxy S21 series (e.g., S21, S21+, S21 Ultra, S21 FE), Galaxy S22 series (e.g., S22, S22+, S22 Ultra), Galaxy S23 series (e.g., S23, S23+, S23 Ultra, S23 FE), Galaxy S24 series (e.g., S24, S24+, S24 Ultra, S24 FE), Galaxy S25 series (e.g., S25, S25+, S25 Ultra, S25 FE), Galaxy A series (e.g., Galaxy A16 5G, A26 5G, A36 5G, A42 5G, A52 5G, A 53 5G, A54 5G, A35 5G, A36 5G, A56 5G), Galaxy Tab S series (e.g., Tab S5e, Tab S6, Tab S6 5G, Tab S7+, Tab S8+, Tab S8 Ultra, Tab S9, Tab S9+, Tab S9 Ultra, Tab S10, S10+, S10 Ultra) Galaxy Book3 Pro, Galaxy Book3 Pro 360, Galaxy Book4 Pro, Galaxy Book4 360, Galaxy Book5 Pro, Galaxy Book5 Pro 360, Galaxy Note10, Galaxy Note10+, Galaxy Note20, and Galaxy Note20 Ultra, among other devices.

71    The Samsung Galaxy A16 comprises a capacitive touch panel comprising: a cover lens for assembly with a display panel (e.g., strengthened glass, such as aluminosilicate glass with the display).



| Display | | |
|---|---|---|
| **Resolution (Main Display)** | **Main Display Size** | **Technology (Main Display)** |
| 1080 x 2340 (FHD+) | 169.1mm (6.7" full rectangle) / 164.5mm (6.5" rounded corners) | Super AMOLED |

[47]

**Touch Screen**        Type: **Capacitive**

[48]

---

[47] https://www.samsung.com/us/smartphones/galaxy-a16/buy/galaxy-a16-5g-128gb-unlocked-sm-a166uzkaxaa/?cid=semtxt-mktg-pfs-mob-us-google-na-01092025-142555-&ds_e=GOOGLE-cr:%25ecid!-pl:%25epid!-&ds_c=CN~A16-Core_ID~n_PR~asemu_SB~smart_PH~long_KS~ba_MK~us_OB~conv_FS~lo_FF~n_BS~mx_KM~exact-&ds_ag=ID~n_AG~A16+Core_AE~1p_AT~stads_MD~h_PK~roah_PB~google_PL~sa360_CH~search_FF~1P+Other-&ds_k=samsung+a16&gclsrc=aw.ds&gad_source=1&gad_campaignid=22016624328&gbraid=0AAAAAD8Thqi65eeOcrkYT8n528IoDNr6w&gclid=CjwKCAiA64LLBhBhEiwA-Pxgu1R234ttQ2zAkxwYgKDuwNxTG5b7VSxapCUspL5WgvV9NObK1czUlxoCXP0QAvD_BwE

[48] https://www.phonescoop.com/phones/phone.php?p=7193

72     The Samsung Galaxy A16 comprises a first electrode layer (e.g., touch sensing electrode pattern, such as Tx or Rx electrodes integrated into the display), disposed on a first side of the cover lens (e.g., on the underside / inward facing side of the cover lens).

73     On information and belief, the Samsung Galaxy A16 comprises an anti-reflective coating (e.g., anti-reflection layer/coating, such as internal low-reflection layers) with the capacitive touchscreen.

74     The Samsung Galaxy A16 comprises a nongaseous insulating layer (e.g., and insulation layer, such as a dielectric layer/passive layer, polymer insulating film, optically clear adhesive layer, or insulating resin) disposed on a surface of the first electrode layer opposite the cover lens.

75     The Samsung Galaxy A16 comprises a second electrode layer, disposed on a surface of the nongaseous insulating layer opposite the first electrode layer (e.g., the complementary Tx/Rx grid to the first layer).

76     Defendants have and continue to indirectly infringe one or more claims of the '542 Patent by knowingly and intentionally inducing others, including Samsung customers and end-users, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling and/or importing into the United States products that include infringing technology.

77     Defendants, with knowledge[49] that these products, or the use thereof, infringe the '542 Patent at least as of the date of this Complaint, knowingly and intentionally induced, and

---

[49] Samsung Display cited to the '542 Patent family in relation to several of its own foreign patent applications and patents, including KR20110024531A, KR101699530B1, KR101793073B1, and KR102410661B1. Samsung Electronics also cited to the '542 Patent family in relation to its own U.S. patent applications and patents, such as U.S. Patent No. 10,108,305 and U.S. Patent No.

continue to knowingly and intentionally induce, direct infringement of the '542 Patent by providing these products to end-users for use in an infringing manner. Alternatively, on information and belief, Defendants have adopted a policy of not reviewing the patents of others, and instructing their officers, agents, and employees to not review the patents of others, including specifically those related to Defendants' specific industry, thereby remaining willfully blind to the '542 Patent at least as early as the issuance of the '542 Patent.

78     Defendants have induced infringement by others, including end-users, with the intent to cause infringing acts by others or, in the alternative, with the belief that there was a high probability that others, including end-users, infringe the '542 Patent, but while remaining willfully blind to the infringement. Defendants have and continue to induce infringement by their customers and end-users by supplying them with instructions on how to operate the infringing technology in an infringing manner, while also making publicly available information on the infringing technology via Defendants' website, product literature and packaging, and other publications.[50] For example, on the Samsung website, user guides are provided, which instruct users to, among other things, operate Samsung devices in a variety of ways, depending on the device, such as "Solutions & Tips," "Manuals & Downloads," "Spec," "Useful Links," and "Additional Information."[51] By way of further example, for the Samsung Galaxy A16, the User Guide, available for download on the Samsung website, instructs users on "Understanding the screen"

---

10,042,446. *See*

https://patents.google.com/patent/US8482542B2/en?oq=8%2c482%2c542+#citedBy

[50]  *See, e.g.,* https://www.samsung.com/ae/support/, which provides product support and instructions for various products sold by Defendants, including the Galaxy A16.

[51] https://www.samsung.com/ca/support/model/SM-A166WZKAXAC/

through "Controlling the screen."[52] At least this portion of the User Guide, among others, instructs customers and end-users to use the Galaxy A16's display, which causes the customers and end-users to directly infringe the '542 Patent.

79      On information and belief, Defendants directly prepare and/or assist in the preparation of, and provide customers and end-users with, User Guides for their specific products. On information and belief, Defendants' User Guides and other product information documents are prepared by or under the direction of Defendants to instruct customers and end-users on how to use the Accused Products in an infringing manner. For example, the User Guide for the Galaxy A16 demonstrates that it was prepared by Defendant Samsung Electronics Co., Ltd.

<div style="border:1px solid #000; padding:10px;">

**Copyright**

Copyright © 2025 Samsung Electronics Co., Ltd.

This manual is protected under international copyright laws.

No part of this manual may be reproduced, distributed, translated, or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or storing in any information storage and retrieval system.

</div>
[53]

80      Because of Defendants' inducement, Defendants' customers and end-users use Accused Products in a way Defendants intend and directly infringe the '542 Patent. Defendants perform these affirmative acts with knowledge of the '542 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '542 Patent.

81      Defendants have indirectly infringed and continue to indirectly infringe one or more claims of the '542 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement

---

[52] *See* Samsung Galaxy A16 User Guide, at pg. 17, available at: https://downloadcenter.samsung.com/content/UM/202507/20250714191757328/A166W_UG_CA_15_ENG_D4.pdf

[53] *See* Samsung Galaxy A16 User Guide, at pg. 140, available at: https://downloadcenter.samsung.com/content/UM/202507/20250714191757328/A166W_UG_CA_15_ENG_D4.pdf

by others, such as customers and end-users, in this District and elsewhere in the United States. Defendants' affirmative acts of selling and offering to sell the Accused Products in this District and elsewhere in the United States and causing the Accused Products to be manufactured, used, sold, and offered for sale contributes to others' use and manufacture of the Accused Products such that the '542 Patent is directly infringed by others. The accused components within the Accused Products are material to the invention of the '542 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by Defendants to be especially made or adapted for use in the infringement of the '542 Patent. The Accused Components include, but are not limited to, Defendants' display screens in the Accused Products, and the components thereof. Defendants perform these affirmative acts with knowledge of the '542 Patent and with intent, or willful blindness, that they cause the direct infringement of the '542 Patent.

82    Defendants have indirectly infringed and continue to indirectly infringe one or more claims of the '542 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. Defendants' affirmative acts of selling and offering to sell the Accused Products in this District and elsewhere in the United States and causing the Accused Products to be manufactured, used, sold, and offered for sale contributes to others' use and manufacture of the Accused Products such that the '542 Patent is directly infringed by others. The accused components within the Accused Products are material to the invention of the '542 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by Defendants to be especially made or adapted for use in the infringement of the '542 Patent. The Accused Components include, but are not limited to, Defendants' display screens in the Accused Products, and the components thereof. Defendants perform these affirmative acts with knowledge of the '542 Patent and with

intent, or willful blindness, that they cause the direct infringement of the '542 Patent.

83    Alpha Touch has suffered damages as a result of Defendants' direct and indirect infringement of the '542 Patent in an amount to be proven at trial.

84    Alpha Touch has suffered, and will continue to suffer, irreparable harm as a result of Defendants' infringement of the '542 Patent, for which there is no adequate remedy at law, unless Defendants' infringement is enjoined by this Court.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury for all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Alpha Touch prays for relief against Defendants as follows:

a.    Entry of judgment declaring that Defendants have directly infringed one or more claims of each of the Patents-in-Suit;

b.    An order pursuant to 35 U.S.C. § 283 permanently enjoining Defendants, their officers, agents, servants, employees, attorneys, and those persons in active concert or participation with them, from further acts of infringement of one or more of the Patents-in-Suit;

c.    An order awarding damages sufficient to compensate Alpha Touch for Defendants' infringement of the Patents-in-Suit, but in no event less than a reasonable royalty, together with interest and costs;

d.    Entry of judgment declaring that this case is exceptional and awarding Alpha Touch its costs and reasonable attorney fees under 35 U.S.C. § 285; and

e.    Such other and further relief as the Court deems just and proper.

Dated:  February 12, 2026

Respectfully submitted,

*/s/ Vincent J. Rubino, III*
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

John Andrew Rubino
NY Bar No. 5020797
Email: jarubino@rubinoip.com
Michael Mondelli III
NY Bar No. 5805114
Email: mmondelli@rubinoip.com
**RUBINO IP**
51 J.F.K. Parkway
Short Hills, NJ 07078
Telephone: (973) 535-0920
Facsimile: (973) 535-0921

***ATTORNEYS FOR PLAINTIFF,***
***ALPHA TOUCH GROUP LLC***